IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.     15-cv-02216-WYD

JAMIE L. DIONESE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER comes before the Court upon consideration of Defendant's Unopposed Motion to Remand, and good cause appearing therefor, it is hereby

ORDERED that the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the cause to the Commissioner for further administrative proceedings.  Specifically, the Appeals Council will direct the administrative law judge (ALJ) to re-evaluate the opinion evidence and explain the weight given to each such opinion with citations to evidence that supports the weight assigned.  The ALJ will not give weight to or rely upon the opinion of the single decision maker (SDM).  The ALJ will also re-evaluate Plaintiff's residual functional capacity and provide specific citations to evidence of record to support the limitations included.  The ALJ will afford Plaintiff the opportunity to submit additional relevant evidence and attend a supplemental hearing. If necessary, the ALJ will obtain

supplemental vocational expert testimony.  The ALJ will proceed through the sequential evaluation process as necessary to reach a de novo decision.

It is further ORDERED that the Clerk of the Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.  See *Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated:   February 10, 2016

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE