IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02216-WYD

JAMIE L. DIONESE,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**ORDER**

---

THIS MATTER comes before the Court on the Unopposed Motion for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 et seq.  (ECF No. 21).  After carefully reviewing the motion, I find that it should be granted.  Accordingly, it is ORDERED that:

1. Defendant will pay Plaintiff a total of $3,344.42 in EAJA fees, which will be delivered to the office of Plaintiff's attorney, Michael W. Seckar.

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

Dated:  April 13, 2016

BY THE COURT:


*/s/ Wiley Y. Daniel*_____
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE